# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 22-09008-DFM | Date: | May 18, 2023 |
|---|---|---|---|
| Title | Blaine L. v. Kilolo Kijakazi | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On February 2, 2023, the Court issued an Order Re: Procedures in Social Security Appeal, which stated that this action is governed by the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) ("Supplemental Rules"). See Dkt. 11 at 1.

On February 13, 2023, Defendant filed an Answer to the Complaint. See Dkt. 12. Under Rule 6 of the Supplemental Rules, Plaintiff was required to file and serve on the Commissioner a brief for the requested relief within 30 days after the Answer was filed. Plaintiff has failed to file a timely brief.

Accordingly, Plaintiff is ordered to show cause in writing no later than **twenty-one (21) days** from the date of this order why the Court should not dismiss this action for failure to prosecute. The Court will construe Plaintiff's filing of an opening brief under Rule 6 of the Supplemental Rules as sufficient to discharge this order. Plaintiff is warned that failure to respond to this order may result in dismissal of this action.